# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-2749
_____

Jerris M. Blanks

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01257-SRC)

_____

## JUDGMENT

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.


This appeal comes before the court on appellant's application for a certificate of

appealability. The court has carefully reviewed the original file of the district court, and the

application for a certificate of appealability is denied. Appellant's remaining motions are denied

as moot. The appeal is dismissed.

February 12, 2026


Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Susan E. Bindler