# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2749

Jerris M. Blanks

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01257-SRC)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

March 23, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler